**Order entered April 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00978-CV

**CLARA HELMBRIGHT, Appellant**

**V.**

**SAM SAYED, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01065-2018**

**ORDER**

Before the Court is appellees' April 14, 2022 unopposed second motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **April 28, 2022**. We caution appellees that further extension requests will be disfavored.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE